1  PHILLIP A. TALBERT
   United States Attorney
2  MATTHEW C. THUESEN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7


FILED
SEP 27 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

SEALED

8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | In the Matter of the Search of: | CASE NO. 2:17-SW-0857 DB |
12 | INFORMATION ASSOCIATED WITH bigcheezemanagement@hotmail.com THAT IS STORED AT PREMISES CONTROLLED BY Microsoft Corporation | [PROPOSED] ORDER COMMANDING MICROSOFT CORPORATION NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF WARRANT |
15 | | **UNDER SEAL** |

16        The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that

17 the Court issue an Order commanding Microsoft Corporation, an electronic communication service

18 provider and/or a remote computing service, not to notify any person (including the subscribers and

19 customers of the account(s) listed in the warrant) of the existence of the attached warrant for a period of

20 180 days from the date of this Order.

21        The Court determines that there is reason to believe that notification of the existence of the

22 attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving

23 targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence,

24 change patterns of behavior, or intimidate potential witnesses. *See* 18 U.S.C. § 2705(b).

25        IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Microsoft Corporation shall not

26 disclose the existence of the attached warrant, or this Order of the Court, to the listed subscriber or to

27 any other person, for 180 days from the date of this Order, except that Microsoft Corporation may

28 disclose the attached warrant to an attorney for Microsoft Corporation for the purpose of receiving legal

[PROPOSED] ORDER                                1

1  advice.

2      IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise
3  ordered by the Court.

4

5

6  Dated: Sept. 27, 2017

                                The Honorable Deborah Barnes
7                                  UNITED STATES MAGISTRATE JUDGE