**SEALED**

1  McGREGOR W. SCOTT
   UNITED STATES ATTORNEY
2  MATTHEW C. THUESEN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900

**FILED**

AUG 0 1 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

6  Attorneys for Plaintiff
   United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | CASE NO. 2:17-SW-857 DB |
|---|---|
| INFORMATION ASSOCIATED WITH bigcheezemanagement@hotmail.com THAT IS STORED AT PREMISES CONTROLLED BY MICROSOFT CORPORATION | [PROPOSED] ORDER COMMANDING MICROSOFT CORPORATION NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF WARRANT |
| | **UNDER SEAL** |

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Microsoft Corporation, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the warrant) of the existence of the attached warrant for a period of 90 days from the date of this Order.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation, including by giving targets an opportunity to flee, destroy or tamper with evidence, or change patterns of behavior. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Microsoft Corporation shall not disclose the existence of the attached warrant, or this Order of the Court, to the listed subscriber or to any other person, for 90 days from the date of this Order, except that Microsoft Corporation may disclose the attached warrant to an attorney for Microsoft Corporation for the purpose of receiving legal advice.

[PROPOSED] ORDER

1

1  IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise
2  ordered by the Court.

Dated: 7-31-18

The Honorable Deborah Barnes
UNITED STATES MAGISTRATE JUDGE