**SEALED**

**FILED**
NOV 0 1 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1 McGREGOR W. SCOTT
UNITED STATES ATTORNEY
2 MATTHEW C. THUESEN
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
5

6 Attorneys for Plaintiff
United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | In the Matter of the Search of:

CASE NO. 2:17-SW-857 DB

12 | INFORMATION ASSOCIATED WITH
bigcheezemanagement@hotmail.com THAT
13 | IS STORED AT PREMISES CONTROLLED
BY MICROSOFT CORPORATION
14

[PROPOSED] ORDER COMMANDING
MICROSOFT CORPORATION NOT TO NOTIFY
ANY PERSON OF THE EXISTENCE OF
WARRANT

**UNDER SEAL**

15

16      The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that

17 the Court issue an Order commanding Microsoft Corporation, an electronic communication service

18 provider and/or a remote computing service, not to notify any person (including the subscribers and

19 customers of the account(s) listed in the warrant) of the existence of the attached warrant for a period of

20 90 days from the date of this Order.

21      The Court determines that there is reason to believe that notification of the existence of the

22 attached warrant will seriously jeopardize the investigation, including by giving targets an opportunity to

23 flee, destroy or tamper with evidence, or change patterns of behavior. *See* 18 U.S.C. § 2705(b).

24      IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Microsoft Corporation shall not

25 disclose the existence of the attached warrant, or this Order of the Court, to the listed subscriber or to

26 any other person, for 90 days from the date of this Order, except that Microsoft Corporation may

27 / / /

28 / / /

[PROPOSED] ORDER                                  1

1  disclose the attached warrant to an attorney for Microsoft Corporation for the purpose of receiving legal
2  advice.

3       IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise
4  ordered by the Court.

5
6  Dated:  10-31-2018

                           The Honorable Edmund F. Brennan
7                             UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER

2