McGREGOR W. SCOTT
United States Attorney
MATTHEW C. THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America



FILED
MAY 17 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH bigcheezemanagement@hotmail.com THAT IS STORED AT PREMISES CONTROLLED BY MICROSOFT CORPORATION | CASE NO. 2:17-SW-857 DB<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT MATERIALS |

Upon request of the United States and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matter be, and are hereby ordered, unsealed, except for the affidavit in support of the search warrant application, which shall remain under seal.

IT IS FURTHER ORDERED that the redacted version of the affidavit in support of the search warrant application attached to the United States' Request to Unseal Search Warrant Materials be made part of the record in this case.

IT IS FURTHER ORDERED that the United States may provide a copy of the sealed version of the affidavit in support of the search warrant application to counsel for the defendant in *United States v. Jordan Mouton*, 2:18-cr-264-KJM.

Dated: 5/17/19

The Honorable Allison Claire
UNITED STATES MAGISTRATE JUDGE